USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/14/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FENG "KEVIN" LIU,

                        Plaintiff,

            -against-

UNITED STATES OF AMERICA,

                        Defendant.

---

19-CV-8031 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Government's letter informing the Court of its intent to file a motion to dismiss. ECF No. 9. To date, Plaintiff has not responded to the Government's letter. Plaintiff is hereby **ORDERED** to file a response to the Government's letter on or before January 31, 2020.

**SO ORDERED.**

Dated:   **January 14, 2020**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**