USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/9/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FENG "KEVIN" LIU,

                  **Plaintiff,**

-against-

UNITED STATES OF AMERICA,

                  **Defendant.**

**19-CV-8031 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' Letters regarding Plaintiff's failure to timely respond to the Government's motion to dismiss. ECF Nos. 18, 20, 21. In light of Plaintiff's health issues, the ongoing Covid-19 pandemic, and Plaintiff's *pro se* status, the Court will extend the briefing schedule. Plaintiff requests additional time to seek legal counsel and prepare his opposition brief. Plaintiff is **GRANTED** four weeks to find an attorney. Any attorney representing Plaintiff should file a notice of appearance on or before July 7, 2020. The briefing schedule is also extended. Plaintiff's opposition to the Government's motion to dismiss is due on or before **July 28, 2020**. The Government's reply, if any, is due on or before **August 11, 2020.**

**SO ORDERED.**

Dated:  June 9, 2020
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**