```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/4/2020__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
**FENG LIU,**
                    **Plaintiff,**

    -against-                                    **19-CV-8031 (ALC)**

                                                       **ORDER**

**FRANK DICARLO, ET AL.,**

                    **Defendants.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      On September 24, 2020 the Court issued an Order to Show Cause why the Government's motion to dismiss should not be deemed unopposed. ECF No. 26.

      Defendant is hereby ORDERED to serve Plaintiff with the Order to Show Cause referenced above, in addition to the instant order and file proof of service by December 9, 2020. The Parties' time to file written responses to the September 24, 2020 Order shall be extended to December 28, 2020.

**SO ORDERED.**

**Dated:     December 4, 2020**
                **New York, New York**

                                                       */s/ Andrew L. Carter, Jr.*
                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**