**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FENG LUI,

                Plaintiff,

-against-                           19 **CIVIL** 8031 (ALC)

**JUDGMENT**

FRANK DICARLO, ET AL.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 5, 2021, the Government's motion to dismiss is granted.

**Dated:**  New York, New York

        January 5, 2021

                                                         **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                        **BY:**      *K. Mango*

                                                         **Deputy Clerk**