```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/8/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
FENG LIU,

                     **Plaintiff,**

   -against-

FRANK DICARLO, ET AL.,

                    **Defendants.**
------------------------------------------------------------------------ x

**19-CV-8031 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

     The Clerk of Court is respectfully directed to mail Plaintiff a copy of the Opinion and Order issued on January 4, 2021. ECF No. 29.

**SO ORDERED.**

Dated: January 8, 2021
       New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**

1